IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAMUEL KIRBY BERRY,

      Petitioner,

 v.

STATE OF FLORIDA,

      Respondent.

Case No. 5D23-2438
LT Case No. 2022-CF-000950-A

_____/

Opinion filed August 18, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Jeffrey D. Deen, Regional Counsel, of
Office of Regional Criminal Conflict
& Civil Regional Counsel, Casselberry,
for Petitioner.

No Appearance for Respondent.


PER CURIAM.

     The petition for belated appeal is granted. A copy of this opinion shall

be filed with the trial court and be treated as the notice of appeal from the

March 29, 2023 judgment and sentence in Case No. 2022-CF-000950-A, in the Circuit Court in and for Marion County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J, and MAKAR and KILBANE, JJ., concur.